UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA

      -against-

DOMINGO BEATO-ESTRELLA,

                 Defendant.

------------------------------------------------------------- x

**<u>SCHEDULING ORDER</u>**

24 Cr. 520 (AKH)
20 Cr. 324 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing of Defendant Domingo Beato-Estrella, scheduled for January 9, 2025, is adjourned to January 21, 2025 at 10:15 a.m., in Courtroom 14D.

      SO ORDERED.

Dated:     January 6, 2025       /s/ Alvin K. Hellerstein_____
            New York, New York    ALVIN K. HELLERSTEIN
                             United States District Judge