UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA

    -against-

DOMINGO BEATO-ESTRELLA,

                        Defendant.
------------------------------------------------------------ x

**ORDER ACCEPTING PLEA ALLOCUTION**

24 Cr. 520 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Robyn F. Tarnofsky on September 19, 2024;

    WHEREAS a transcript of the allocution was made; and

    WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

    SO ORDERED.

Dated:    January 6, 2025
                New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge