UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DOMINGO BEATO-ESTRELLA,

Defendant.

**ORDER**

20 Cr. 324 (AKH)
24 Cr. 520 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Having received the Mandate from the Court of Appeals, the parties shall file any supplementary materials by August 7, 2026 and any reply by August 14, 2026. Defendant Domingo Beato-Estrella's re-sentencing shall occur on September 10, 2026 at 11 a.m.

SO ORDERED.

Dated: July 7, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge